William LYLES, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 40209.

Missouri Court of Appeals,
Western District.

May 31, 1988.

Donald L. Catlett, Public Defender, Jefferson City, for appellant.

William L. Webster, Atty. Gen., William J. Swift, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and LOWENSTEIN and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).